IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DAVID VICTOR SEGNA, | CV 24-52-H-DWM |
| Plaintiff, | |
| vs. | ORDER |
| OFFICER GUERRO, ET AL., | |
| Defendants. | |

Plaintiff David Victor Segna has filed a "Notice to Withdraw," for dismissal with prejudice (Doc. 26.) Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides an avenue for voluntary dismissal. Accordingly, the Court construes Segna's Notice as a Motion to Dismiss, which is GRANTED. The above-referenced matter is DISMISSED with prejudice. The Clerk of Court is directed to close the case and enter judgment. All pending motions are DISMISSED as moot.

DATED this 14th day of January, 2025.

Donald W. Molloy
United States District Court Judge

1